**FILED**

MAY 1 2 2010

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:_____ Deputy Clerk

The Law Offices of Omar Gastelum
and Associates
13181 Crossroads Pkwy N Suite 320
City of Industry, CA 91746
(562) 692-7000
ATTORNEY FOR: Sonia Araceli Aguilar

ORIGINAL

**ENTERED**

MAY 1 3 2010

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY_____ Deputy Clerk

**LODGED**

MAY 1 1 2010

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:_____ Deputy Clerk

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In Re: Aguilar, Sonia Araceli

(DEBTOR)

) Case No.:2:09BK-43270-BR
)
) Judge Barry Russell
) ORDER ON DEBTOR'S
) REQUEST FOR VOLUNTARY DISMISSAL OF
) A CHAPTER 7 CASE
)
)
)
)

ORDER ON DEBTOR'S REQUEST FOR VOLUNTARY DISMISSAL OF A CHAPTER 7 CASE;

Based on Debtor's Motion filed on March 4, 2010 and heard on March 30, 2010

before the honorable Judge Barry Russell, it is ORDERED that Debtor's Motion

is Granted.

All creditors and parties in interest are notified that the above captioned

case has been dismissed.

МАУ 1)

DATED MARCH 30, 2010

_____

HON. JUDGE BARRY RUSSELL

ORDER ON DEBTOR'S REQUEST FOR VOLUUNTARY DISMISSAL OF A CHAPTER 7 CASE